UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 24-15 (4) (NEB/DTS)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **DEFENDANT'S MOTION** |
| **v.** | ) | **TO MODIFY CONDITIONS** |
| | ) | **OF RELEASE** |
| **SAHRA SHARIF OSMAN.** | ) | |
| | ) | |
| **Defendant** | ) | |

The defendant Sahra Sharif Osman, through her undersigned attorney, respectfully requests that the Court Modify Its Order Setting Conditions of Release (ECF No. 28) as follows:

1.      This Court's Order Setting Conditions of Release was entered on February 4, 2024. Ms. Osman has been fully compliant with all of her conditions of release during the entire year and a half that has passed since the issuance of this order.

2.      Among the conditions of the Order was that Ms. Osman's travel was restricted to Minnesota, unless approved by the Court. (Id., ¶(7)((f).

3.      Ms. Osman's niece is getting married in Seattle, Washington on October 17, 2025. Ms. Osman wishes to travel to the Seattle, Washington area on October 15, 2025, to attend the wedding festivities and then return to Minnesota on October 20, 2025.

4.      Ms. Osman contacted her supervising probation officer, USPO Maribel Andrade-Vera, of her wish to travel outside of Minnesota to attend the wedding. Officer Andrade-Vera told Ms. Osman she had no objection but that such travel would require a motion asking the Court to modify the conditions of her release.

5.      On October 6, 2025, Ms. Osman's counsel advised Assistant United States Attorneys of her wish to modify the conditions of release to attend the wedding in the Seattle area, and further advised the Government's attorneys, and USPO Andrade-Vera of her travel plans, the address and telephone number of the friend she will be staying with in the Seattle area, and also provided details about the wedding, including the date, time and location of the wedding and the names of the bride and groom. If the Court wishes, counsel will email chambers with this information and any other information that the Court requests.

6.      Ms. Osman's counsel also emailed the Government and Pretrial Services/Probation a draft motion to modify and proposed order for their review. Upon receipt, USPO Maribel Andrade-Vera confirmed that she continues to have no objection to Ms. Osman's requested travel outside Minnesota given her full compliance with her conditions of release. Counsel for the Government have not responded to any emails sent by Ms. Osman. Due to the need for Ms. Osman to finalize travel plans if her motion to modify is granted, her counsel is filing the motion without the Government's input.

7.      For the reasons stated above, Defendant Sahra Sharif Osman

respectfully requests that the Court modify the current conditions of release as stated above.

Respectfully submitted,

**JOHNSON & GREENBERG, PLLP**

Dated: October 7, 2025.

s/*Lee R. Johnson*
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Sahra Sharif Osman