**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAHRA SHARIF OSMAN,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:　　　　24-cr-15 (4) (NEB/DTS)<br>Date:　　　　　March 20, 2026<br>Court Reporter:　Renee Rogge<br>Courtroom:　　　13W<br>Time Commenced:　9:20 a.m.<br>Time Concluded:　10:00 a.m.<br>Time in Court:　40 minutes |

APPEARANCES:
  Plaintiff:　　　Rebecca Kline and Matthew Evans, Assistant U.S. Attorneys
  Defendant:　　Lee Johnson, CJA Appointed Attorney

Interpreter: Ayderus Ali/Somali

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒　Guilty plea entered as to Count 15 of the Superseding Indictment.
☒　Presentence Investigation Report Requested.
☒　Defendant is released on bond conditions. Additional Condition added by order.


Date: March 20, 2026　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel